IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE,           ) | |
| ) | |
| Plaintiff,      ) | |
| ) | CIVIL ACTION |
| vs.                       ) | |
| ) | FILE No. 5:19-cv-259-DAE |
| LEON SPRINGS ASSOCIATES, LLC, ) | |
| ) | |
| Defendants.    ) | |

**JOINT STIPULATION TO APPROVE CONSENT DECREE AND TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiff, Teresa Maguire ("Plaintiff") and Defendant, LEON SPRINGS ASSOCIATES, LLC ("Defendant") (collectively, the "Parties"), hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendants, Leon Springs Associates, LLC, with Prejudice:

1. Plaintiff filed the instant cause of action alleging that the Property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement. This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

1

4. As part of the Settlement reached between the Parties, Plaintiff has agreed to dismiss Defendant, Leon Springs Associates, LLC, with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement, Defendant, Leon Springs Associates, LLC**,** be dismissed with prejudice.

5. Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant, Leon Springs Associates, LLC, with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 7th day of November, 2019.

          Respectfully submitted,

          */s/ Dennis R. Kurz*
          Dennis R. Kurz
          Attorney-in-Charge for Plaintiff
          Texas State Bar ID No. 24068183
          **KURZ LAW GROUP, LLC**
          1640 Powers Ferry Road, SE
          Building 17, Suite 200
          Marietta, GA 30067
          (404) 805-2494 Phone
          (770) 428-5356 Facsimile
          dennis@kurzlawgroup.com
          **ATTORNEYS FOR PLAINTIFF**

          */s/ Ryan C. Reed*
          Ryan C. Reed , Esq.
          Attorney-in-Charge for Defendant
          Texas State Bar ID No. 2405957
          **PULMAN, CAPPUCCIO & PULLEN, LLP**
          2161 NW Military Highway, Suite 400

San Antonio, Texas 78213
(210) 222-9494 Phone
(210) 892-1610 Facsimile
rreed@pulmanlaw.com
**ATTORNEYS FOR DEFENDANT**
**LEON SPRINGS ASSOCIATES, LLC**

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 7th day of November, 2019.

/s/ *Dennis R. Kurz*
Dennis R. Kurz