IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, | ) |
| Plaintiff, | ) ) ) ) CIVIL ACTION |
| vs. | ) ) FILE No. 5:19-cv-259-DAE |
| LEON SPRINGS ASSOCIATES, LLC, | ) ) ) |
| Defendants. | ) |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice [D.E. # 15]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant, Leon Springs Associates, LLC, is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6.   This case is CLOSED.

DONE AND SIGNED in Chambers, at San Antonio, Texas this 8th day of November, 2019.

David A. Ezra
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Dennis R. Kurz, Esq.
**KURZ LAW GROUP, LLC**
1640 Powers Ferry Road, SE
Building 17, Suite 200
Marietta, GA 30067
**ATTORNEYS FOR PLAINTIFF**

Ryan C. Reed , Esq.
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
**ATTORNEYS FOR DEFENDANT**
**LEON SPRINGS ASSOCIATES, LLC**